UNITED STATES of America,
Appellee,

v.

Edwin James DOHERTY, Appellant.

No. 25851.

United States Court of Appeals,
Ninth Circuit

May 24, 1971.

Rehearing Denied Aug. 3, 1971.

Martha Goldin (argued), of Saltzman & Goldin, Hollywood, Cal., for appellant.

Phillip W. Johnson (argued), Asst. U. S. Atty., Harry D. Steward, U. S. Atty., San Diego, Cal., for appellee.

Before BARNES, ELY and HUFSTEDLER, Circuit Judges.

PER CURIAM:

Appellant's conviction is affirmed. United States v. Markham, 440 F.2d 1119 (9th Cir. 1971); United States v. Weil, 432 F.2d 1320 (9th Cir. 1970), cert. denied, 401 U.S. 947, 91 S.Ct. 933, 28 L.Ed. 2d 230 (1971).

---

David B. WILLIAMS, Plaintiff-Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Defendant-Appellee.

No. 25318.

United States Court of Appeals,
Ninth Circuit.

May 11, 1971.

Truman Clare (argued), of Marks, Clare, Hopkins & Rauth, Omaha, Neb., for appellant.

Bennet Hollander (argued), of Dept. of Justice, Johnnie M. Walters, Asst. Atty. Gen., K. Martin Worthy, Chief Counsel, Washington, D. C., for appellee.

Before CHAMBERS and HUFSTEDLER, Circuit Judges, and FERGUSON, District Judge.*

PER CURIAM:

The decision of the Tax Court is affirmed upon the basis of the Tax Court opinion: Williams v. Commissioner, 53 T.C. 58.

---

* The Honorable Warren J. Ferguson, United States District Judge for the Central District of California, sitting by designation.